UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
TOWAKI KOMATSU,
:
                        Plaintiff,     :     ORDER
:
     -v.-
                                              :     18 Civ. 3698 (LGS) (GWG)
:
THE CITY OF NEW YORK, et al.,     :

                     Defendants.   :
----------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       With regard to plaintiff's letter of November 12, 2019 (Docket # 273), the Court rules as follows.

1. The application to expand initial interrogatories beyond the scope of Local Civil Rule 33.3(a) is denied. In light of this ruling, it is unclear whether plaintiff still requires an extension of the deadline for service of the initial interrogatories. Nonetheless, the Court will extend the current deadline by one week to December 9, 2019.

2. As to future interrogatories after service of the initial interrogatories, the Court expects both sides to comply with the limitation on numbers contained in Fed. R. Civ. P. 33(a)(1). If either side, after serving interrogatories compliant with that rule (and, of course, compliant with Local Civil Rule 33.3(b)), believes it has a basis for seeking a court order permitting service of more than 25 interrogatories, it should supply the proposed additional interrogatories to the other side and, if agreement cannot be reached, may make an application to the Court in conformity with paragraph 2.A of the Court's Individual Practices.

3. All other requests for relief are denied.

Dated: New York, New York
         November 14, 2019

SO ORDERED:

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copy sent to:

Towaki Komatsu
802 Fairmount Place, Apt. 4B
Bronx, New York 10460

Counsel by ECF