| UNITED STATES DISTRICT COURT | USDC SDNY |
| SOUTHERN DISTRICT OF NEW YORK | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC #:_____ |
| | DATE FILED: 12/10/2019 |

------------------------------------------------------------------X
TOWAKI KOMATSU,
                Plaintiff,

      -against-                              18 Civ. 3698 (LGS)

                                           ORDER

THE CITY OF NEW YORK, et al.,
                Defendants.
------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 30, 2019, an Opinion was issued granting in part and denying in part Defendants' motion to dismiss Plaintiff's Second Amended Complaint. The Opinion provided that "[a] claim for relief is sufficiently stated as to the claims that Plaintiff's First Amendment and Equal Protection rights were violated outside a city-organized Town Hall on April 27, 2017, and that the City has adopted an unconstitutional practice and policy to exclude Plaintiff from public events that the New York City Mayor attends. (Dkt No. 239). That is Plaintiff's sole remaining claim;

WHEREAS, Plaintiff, on October 2, 2019, filed a notice of interlocutory appeal from the September 30, 2019, Opinion, as to the claims dismissed (Dkt No. 243). The District Court accordingly does not have jurisdiction to review any questions regarding these dismissed claims. (*See e.g.*, Dkt No. 249);

WHEREAS, Plaintiff has made numerous voluminous and irrelevant filings in the last three months, many of which near or exceed 100 pages in length. (*See e.g.*, Dkt Nos. 255, 267, 268, 271, 277, 282, 283). None of the submissions relate to the remaining claim in this action. It is hereby

**ORDERED** that Plaintiff shall refrain from making further filings in this case, except with respect to the remaining claim or upon direction from Judge Gorenstein. **Failure to comply with this Order may result in dismissal of this action.**

Dated: December 10, 2019
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  **UNITED STATES DISTRICT JUDGE**