```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOWAKI KOMATSU,                                             :
                                    Plaintiff,              :
                                                            :          18 Civ. 3698 (LGS)
              -against-                                     :
                                                            :                ORDER
THE CITY OF NEW YORK, et al.,                               :
                                    Defendants.             :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 3, 2019, the Court denied Plaintiff's request to file a partial motion for summary judgment without prejudice to file another request. Dkt No. 281;

WHEREAS, on December 9, 2019, Plaintiff filed a motion for reconsideration of the Court's December 3, 2019, Order pursuant to Fed. R. Civ. P. 60. Dkt No. 290. It is hereby

**ORDERED** that Plaintiff's motion for reconsideration is DENIED. A motion for reconsideration may be granted only "when the party identifies an intervening change in controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Farmer v. United States*, No. 15 Civ. 6287, 2017 WL 3448014, at *2 (S.D.N.Y. Aug. 10, 2014). Plaintiff's request does not include new evidence, indicate a change in controlling law, or establish a clear error or manifest injustice in the December 3, 2019, Order.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff. The Clerk of Court is further respectfully directed to close Docket No. 248, as Docket No. 249 substantially addresses Defendant's requests.

Dated: December 20, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE