```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------X ELECTRONICALLY FILED
TOWAKI KOMATSU,                               : DOC #:_____
                              Plaintiff,      : DATE FILED: 2/13/2020
                                              :
              -against-                       :   18 Civ. 3698 (LGS)
                                              :
                                              :        ORDER
THE CITY OF NEW YORK, et al.,                 :
                              Defendants.     :
------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated January 28, 2020, denied pro se Plaintiff's request to file an amended complaint. ECF 311;

WHEREAS, on January 31, 2020, Plaintiff filed a letter stating his intentions to file material that he intends to be construed as a Third Amended Complaint. ECF 312. On February 6, 2020, Plaintiff filed a letter and accompanying material totaling almost 200 pages that he intends to be construed as a Third Amended Complaint. ECF 313. Plaintiff contends that an Order issued on August 27, 2019, granted him permission to file the Third Amended Complaint;

WHEREAS, the Order, issued August 27, 2019, states in pertinent part:

> If Plaintiff wants the Court to adjudicate the pending motion to dismiss the [Second Amended Complaint], and seeks to file an amended Complaint only if the [Second Amended Complaint] is insufficient, he should wait to file his motion for leave to amend until after the Court's decision on the [Second Amended Complaint]. Plaintiff should make clear his intention in the motion.

The Order states that Plaintiff may file a motion requesting to file a Third Amended Complaint and does not grant Plaintiff permission to file a Third Amended Complaint. It is hereby

**ORDERED** that Plaintiff may file a motion requesting to file a Third Amended Complaint. The motion may not exceed ten pages and must comply with Magistrate Judge

Gorenstein's Individual Rules.  The motion shall state how Plaintiff intends to amend his current Complaint, and shall not include any additional information.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

Dated: February 13, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**