USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
TOWAKI KOMATSU,
:
            Plaintiff,     :    ORDER
:
    -v.-
:    18 Civ. 3698 (LGS) (GWG)
:
THE CITY OF NEW YORK, et al.,    :
:
            Defendants.    :
-----------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       With regard to defendants' letter of February 27, 2020 (Docket # 319), the Court rules as follows.

1.    The deadline for plaintiff to file his proposed motion to amend the complaint is set for March 16, 2020. Any opposition is due 14 days after the motion is filed. Any reply is due 7 days after the opposition is filed.

2.    Plaintiff must attach a copy of the proposed amended complaint to his motion to amend. See Smith v. Planas, 151 F.R.D. 547, 550 (S.D.N.Y. 1993) ("In order to satisfy the prerequisite of particularity in a motion to amend, a complete copy of the proposed amended complaint must accompany the motion so that both the Court and opposing parties can understand the exact changes sought.").

3.    The parties should not expect a ruling the from the Court immediately on the motion to amend. Accordingly, it is suggested that the deposition of plaintiff be adjourned for now and be rescheduled after the motion to amend is decided. If it becomes necessary to seek an extension of the discovery schedule, an application may be made at the appropriate time under paragraph 1.E of the Court's Individual Practices.

Dated: New York, New York
       March 2, 2020

SO ORDERED:

GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copy sent to:

Towaki Komatsu
802 Fairmount Place, Apt. 4B
Bronx, New York 10460

Counsel by ECF