UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
TOWAKI KOMATSU,
                                                               :
                        Plaintiff,                ORDER
                                                               :
    -v.-
                                                               :      18 Civ. 3698 (LGS) (GWG)

THE CITY OF NEW YORK, et al.,                                  :

                       Defendants.      :
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The defendants' motion to stay discovery (Docket # 331) is granted. In addition, discovery is stayed pending the filing and disposition of plaintiff's planned motion to amend his complaint given that disposition of that motion may affect the scope of discovery.

      The plaintiff's motion to amend was due on March 16, 2020. (Docket # 320). It was never filed, however. The Court construes plaintiff's recent filing (Docket # 334) as seeking an extension of that deadline. The Court will grant an extension of the deadline to May 1, 2020. Any opposition shall be filed within 14 days thereafter. Any reply may be filed within 7 days thereafter. The Court will also enlarge the page limitations for the memorandum of law accompanying the motion to 15 pages.

      All other pending requests for relief by plaintiff addressed to the undersigned are denied. The Court notes that, contrary to the statement in plaintiff's letter (Docket # 334), the Court in fact has no power to require an attorney to represent plaintiff but only has the power to appoint an attorney who volunteers. The Court has requested such a volunteer. (Docket # 260). To date, the pro se office has not found such a volunteer and given the passage of time during which no counsel has volunteered, it appears unlikely that one will be found.

      The Southern District of New York has instituted new procedures for filing by a pro se party that do not require presence at the Courthouse. Plaintiff has the option of either mailing the materials or emailing them to the pro se office. Specific instructions for emailing are available at https://www.nysd.uscourts.gov/sites/default/files/2020-04/2020-04-08-how-to-create-a-pdf-pro-se-instructions.pdf

      Defendants' counsel shall mail and email a copy of this Order to plaintiff and shall file proof of such service within five days.

Dated: New York, New York
April 10, 2020

SO ORDERED:

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge