UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOWAKI KOMATSU,<br><br>                                    Plaintiff<br><br>            - against -<br><br>THE CITY OF NEW YORK, et al.,<br><br>                                    Defendants. | 18 Civ. 3698<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, on June 2, 2020, pro se Plaintiff filed an emergency request for the Court to file an Order to Show Cause why the Court should not enjoin a matter that is unrelated to the claims in this litigation.  ECF 370.  Plaintiff filed a supplement to his request on June 3, 2020.  ECF 371.  It is hereby

**ORDERED** that Plaintiff's request is denied.  Plaintiff is reminded that he was ordered to make no further filings that are unrelated to his motion to file a Third Amended Complaint or that are expressly directed by this Court or by Magistrate Judge Gorenstein.  *See* ECF 358.

Dated: June 3, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE