UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :

TOWAKI KOMATSU,
                                                  :

                                <u>ORDER</u>
                  Plaintiff,          :

                                 18 Civ. 3698 (LGS) (GWG)

   -v.-                                             :

THE CITY OF NEW YORK, et al.,               :

               Defendants.          :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      With regard to plaintiff's letter of September 24, 2020 (Docket # 426), as stated in the Court's Order of October 31, 2019, "[n]o summary judgment motion shall be filed prior to the close of discovery without permission of the Court." The Court now directs that any request to Judge Schofield for permission to make a summary judgment motion, as required by paragraph 5.A of her Special Rules & Practices in Civil Pro Se Cases, shall be filed on the date that discovery closes. That date is currently November 30, 2020 (Docket # 405). Any other request for relief in Docket # 426 is denied.

      With regard to defendants' letter dated September 29, 2020 (Docket # 427), the Court notes that plaintiff's response was due, absent agreement or court order, on October 1, 2020. As of today, no response has been filed on the docket. Be that as it may, the Court finds defendants' letter insufficiently detailed to allow the Court to consider it. The defendant is directed to file a new letter that identifies each response with respect to which it seeks relief. The request and response shall be quoted verbatim in the letter. Following each quotation of the request/response, the defendants shall specify their objections to the response and the relief sought. Plaintiff shall respond to the letter within 7 days of its filing.

      The Clerk shall mail a copy of this letter to plaintiff at the address shown on the docket sheet.

      SO ORDERED.

Dated: October 7, 2020
       New York, New York

                                                             _____
                                                             GABRIEL W. GORENSTEIN
                                                             United States Magistrate Judge