UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                              :
TOWAKI KOMATSU,
                                                              :
                                                                        ORDER
                        Plaintiff,                            :
                                                                        18 Civ. 3698 (LGS) (GWG)
            -v.-                                              :

THE CITY OF NEW YORK, et al.,                                 :

                        Defendants.                           :
----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

        The defendants are directed to file a response to Docket # 453 on or before January 7,
2021.

        The defendants shall mail or email a copy of this Order to plaintiff.

        SO ORDERED.

Dated:  December 30, 2020
        New York, New York


                                            _____
                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge