UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                             :

TOWAKI KOMATSU,

                                                                             :

                                            ORDER
                Plaintiff,             :

                                        18 Civ. 3698 (LGS) (GWG)

    -v.-                                                    :

THE CITY OF NEW YORK, et al.,          :

                Defendants.          :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The request for a stay (Docket # 495) is denied inasmuch as plaintiff has failed to show a likelihood of success on the merits, prejudice, or that it would be in the public interest to issue a stay.

       All requests in Docket # 493 are denied as unsupported. The Court notes that many of the requests for reconsideration are untimely. <u>See</u> Local Civil Rule 6.3. Plaintiff is hereby ORDERED to cease making untimely applications for reconsideration in this case. If he does so in the future, he may be sanctioned, including through a dismissal of this action.

       Defendants are directed to email a copy of this Order to plaintiff.

Dated: February 5, 2021
       New York, New York

                                                      SO ORDERED.

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge