```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
TOWAKI KOMATSU,                                                 :
                                                                :
                                                                :   ORDER
                        Plaintiff,                              :
                                                                :   18 Civ. 3698 (LGS) (GWG)
        -v.-                                                    :
                                                                :
THE CITY OF NEW YORK, et al.,                                   :
                                                                :
                        Defendants.                             :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

In an Order filed March 18, 2021 (Docket # 524) (the "March 18 Order"), this Court ordered plaintiff Towaki Komatsu to

> file an affidavit (or sworn statement pursuant to 28 U.S.C. § 1746) on or before March 25, 2021, stating whether he has publicly disclosed — in any form, whether altered or otherwise — any information produced to him by the defendants that was designated as confidential under the Confidentiality Order. The affidavit should specifically address the claim regarding the court filing (Docket # 521) and the Twitter account. It must also give a complete description of all circumstances in which plaintiff has disclosed any documents produced by defendants and designated as confidential to anyone in any other manner.

March 18 Order at 2.

That date has passed and the docket sheet contains no document in compliance with that Order, although plaintiff has made numerous other filings since the Order's issuance, including two referencing his knowledge of the Order. See Letter from Towaki Komatsu, filed March 19, 2021 (Docket # 525); Letter from Towaki Komatsu, filed March 24, 2021 (Docket # 527).

Plaintiff is ordered to comply with the March 18 Order on or before April 9, 2021. Plaintiff is warned that any non-compliance with this Order (or any other Order) may by itself result in sanctions, including dismissal of the case with prejudice.

Defendants are directed to email plaintiff a copy of this Order. The Clerk is requested to mail a copy of this Order to plaintiff.

Dated: March 30, 2021
       New York, New York

SO ORDERED.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge