```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
TOWAKI KOMATSU,                                                :
                                                               :             ORDER
                              Plaintiff,                       :
                                                               :             18 Civ. 3698 (LGS) (GWG)
        -v.-                                                   :
                                                               :
THE CITY OF NEW YORK, et al.,                                  :
                                                               :
                              Defendants.                      :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

Plaintiff's request for an extension of time to respond to the Court's Order to Show Cause (Docket # 520) and March 18 Order (Docket # 524), see Letter from Towaki Komatsu, filed March 31, 2021 (Docket # 537), is granted.

Plaintiff shall file his response to the Order to Show Cause on or before April 16, 2021. Defendants may respond within 14 days after plaintiff files his response.

Plaintiff shall file the response required by the March 18 Order on or before April 23, 2021.

On a separate point, plaintiff has made a number of applications relating to discovery rulings (most recently Docket # 538). The Court has stayed all discovery in this matter (Docket # 512) and will not entertain any applications regarding discovery unless and until that stay is vacated. Plaintiff is hereby ordered to stop making applications in this case relating to discovery.

Plaintiff is again warned that failure to comply with this or any other Court order may result in dismissal of this case.

Defendants are directed to email plaintiff a copy of this Order. The Clerk is requested to mail a copy of this Order to plaintiff.

Dated: April 1, 2021
      New York, New York

                                            SO ORDERED.

                                        _____
                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge