UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    TOWAKI KOMATSU,

                     Plaintiff,

            -against-                     18 Civ. 3698 (LGS)

                                         ORDER
    THE CITY OF NEW YORK, et al.,

                     Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pro se Plaintiff filed a letter (Dkt. No. 546) objecting to the Court's Order at Dkt. No. 542.

      WHEREAS, Plaintiff's letter contained foul and offensive language.

      WHEREAS, while a pro se Plaintiff is entitled to some latitude generally, his unfamiliarity with the legal process is no excuse for using disparaging or profane language.  *See Cameron v. Lambert*, No. 7 Civ. 9258, 2008 WL 4823596, at *4 (S.D.N.Y. Nov. 7, 2008).  It is hereby

      **ORDERED** that Plaintiff shall refrain from using inappropriate, crude or profane language in his communications with the Court.  Refusal to comply with this Order may result in sanctions including dismissal of this action with prejudice.  *See id.*  Plaintiff may file objections to the Order at Dkt. No. 542 provided the filing uses appropriate language.

      The Clerk of Court is respectfully directed to strike the letter at Dkt. No. 546 as it contains foul and offensive language and to mail a copy of this Order to pro se Plaintiff.

Dated: April 15, 2021
       New York, New York

                                     LORNA G. SCHOFIELD
                                   **UNITED STATES DISTRICT JUDGE**