# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Towaki Komatsu

(List the full name(s) of the plaintiff(s)/petitioner(s).)

18 CV 3698 (LLS )GWG

-against-

**NOTICE OF APPEAL**

The City of New York, see attached due to space constraints here

(List the full name(s) of the defendant(s)/respondent(s).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 28 2021

Notice is hereby given that the following parties: Towaki Komatsu

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: 9/27/21

(date that judgment or order was entered on docket)

that: pretextually, fraudulently, arbitrarily, and capriciously dismissed the district court action that is the subject of this appeal by engaging in further judicial misconduct and obstruction of justice.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

9/27/21
Dated

[signature]
Signature*

Komatsu, Towaki, M.
Name (Last, First, MI)

802 Fairmount Pl., Apt. 4B
Address

Bronx
City

New York
State

10460
Zip Code

347-316-6180
Telephone Number

Towaki_Komatsu@yahoo.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

**Entire List of Defendants**:

1. The City of New York
2. NYPD Inspector Howard Redmond
3. NYPD Detective Raymond Gerola
4. Ralph Nieves
5. NYPD Detective Andrew Berkowitz
6. NYPD Officer Rafael Beato
7. NYPD Officer Yu Lie
8. Pinny Ringel
9. Harold Miller
10. Rachel Atcheson
11. Anthony Manzi
12. Matthew Brunner
13. Ramon Dominguez